| | |
|---|---|
| 1 | **Jason K. Singleton**, State Bar #166170<br>jason@singletonlawgroup.com |
| 2 | **Richard E. Grabowski**, State Bar # 236207<br>rgrabowski@mckinleyville.net |
| 3 | **SINGLETON LAW GROUP**<br>611 "L" Street, Suite A |
| 4 | Eureka, CA 95501 |
| 5 | (707) 441-1177<br>FAX 441-1533 |
| 6 | |
| 7 | Attorney for Plaintiff, JEFF HOHLBEIN |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>　　Plaintiff,<br><br>v.<br><br>PACPIZZA, LLC, a Delaware Limited Liability Company, dba PIZZA HUT, GEORGE KASPER, as Trustee of the Kasper Family Trust dated June 12, 1990, and DOES ONE to FIFTY, inclusive,<br><br>　　Defendants. | Case No. CV 08-3679 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and (PROPOSED) ORDER** |

　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

　　2.　　Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:　　February 2, 2009　　　/s/ Jason K. Singleton
　　　　　　　　　　　　　　　　Jason K. Singleton, Attorney for
　　　　　　　　　　　　　　　　Plaintiff, JEFF HOHLBEIN

**JEFFER, MANGELS, BUTLER & MARMARO LLP**

Dated: January 13, 2009   /s/ Martin H. Orlick
MARTIN H. ORLICK, Attorney for Defendants,
PACPIZZA, LLC

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN v PACPIZZA, et al.</u>, Case Number C:08-3679 WHA, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: February 3, 2009

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup